UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| IN RE CONSOLIDATED DISCOVERY IN CASES FILED BY ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>[Cases consolidated for discovery only: *Mills v. Baker Donelson, et al.*, Civil Action No. 3:18-cv-866-CWR-FKB; *Mills v. BankPlus, et al.*, Civil Action No. 3:19-cv-196-CWR-FKB; *Mills v. The UPS Store, Inc., et al.*, Civil Action No. 3:19-cv-364-CWR-FKB; *Mills v. Trustmark, et al.*, Civil Action No. 3:19-cv-941-CWR-FKB] | Arising out of Civil Action No. 3:18-cv-252-CWR-FKB, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>CIVIL ACTION NO.: 3:22-cv-36-CWR-FKB |

**ORDER**

The Court opened this case *sua sponte* for the purpose of managing consolidated discovery in cases filed by Alysson Mills, as Receiver for Arthur Lamar Adams and Madison Timber, LLC. Previously, this Court entered an order consolidating this same discovery into *Mills v. Baker Donelson, et al.*, Civil Action No. 3:18-cv-866-CWR-FKB (the "Baker Donelson case"). *See* Order [104] in Civil Action No. 3:18-cv-866-CWR-FKB. Prior to the opening of this case, certain docket entries were made and proceedings were held in the Baker Donelson case that should be included on the docket of this case. Accordingly, the Court hereby orders the Clerk to include on the docket of this case the following docket entries from the Baker Donelson case and enter each as of the original file dates listed below:

1. 10/07/2021   Set Hearing notice;
2. 10/19/2021   Minute Entry;
3. 10/20/2021   TEXT-ONLY ORDER;

| | | |
|---|---|---|
| 4. | 10/22/2021 | Set Hearing notice; |
| 5. | 11/09/2021 | Set Hearing notice; |
| 6. | 11/15/2021 | Minute Entry; |
| 7. | 11/16/2021 | Reset Hearing notice; |
| 8. | 11/16/2021 | TEXT-ONLY ORDER; |
| 9. | 11/22/2021 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT and Transcript [106]; |
| 10. | 11/30/2021 | ORDER IDENTIFYING DEFENSE LIAISON COUNSEL and Order [107]; |
| 11. | 12/03/2021 | TEXT-ONLY ORDER; and |
| 12. | 12/10/2021 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT and Transcript [110]. |

SO ORDERED on the 28th day of January, 2022.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE